# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MARY M. HARRIS,

       Plaintiff,            :         Case No. 3:09-CV-444

                                    District Judge Timothy S. Black
   -vs-                             Magistrate Judge Michael R. Merz

                             :

MIAMI METROPOLITAN HOUSING
 AUTHORITY,

       Defendant.

## ORDER WITHDRAWING REPORT AND RECOMMENDATIONS AND SETTING SCHEDULE

In light of Defendant's Objection (Doc. No. 26) to the Magistrate Judge's Report and Recommendations on attorney fees (Doc. No. 23), the Report and Recommendations is WITHDRAWN.

Defendant has indicated its intention to oppose Plaintiff's Supplemental Motion for Attorney Fees (Doc. No. 25) and shall do so not later than February 1, 2011.  Plaintiff may file a reply memorandum in support of the supplemental motion not later than February 10, 2011, combining with it any response Plaintiff may wish to make to Defendant's Objection.

January 21, 2011.

                                                   s/ **Michael R. Merz**
                                              United States Magistrate Judge