# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MARY M. HARRIS,

        Plaintiff,      :     Case No. 3:09-cv-444

 - vs -      :     District Judge Timothy S. Black
                                                     Magistrate Judge Michael R. Merz

MIAMI METROPOLITAN HOUSING   :
AUTHORITY,

                                                     :

        Defendant.

## ORDER ADOPTING SUBSTITUTED REPORT AND RECOMMENDATIONS

        The Court has reviewed the Substituted Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #23), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, and for good cause shown upon the Court's novo review, hereby ADOPTS said Substituted Report and Recommendations.

        Accordingly, it is hereby ORDERED that Plaintiff's attorney is awarded fees in the amount of $56, 833.90.

April 21, 2011.

                                                                           */s/ Timothy S. Black*
                                                                           Timothy S. Black
                                                                           United States District Judge